# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JEAN BAPTISTE JEAN VANUS,**

    **Petitioner,**

vs.                                                  Case No. 4:11cv208-WS/WCS

**ERIC H. HOLDER, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

On May 9, 2011, a petition for writ of habeas corpus under 28 U.S.C. § 2241, was submitted to the Court by Petitioner, who is *pro se*. Doc. 1. Petitioner simultaneously submitted a letter declaring his indigency, doc. 2, but which was insufficient to proceed as a motion for leave to proceed *in forma pauperis*. An order was entered which would provide Petitioner the proper *in forma pauperis* form, and giving him until June 13, 2011, to return the form. Doc. 4. That court order was returned to the Court on May 18, 2011, as "undeliverable." Doc. 4. A phone call to the Jail to inquire as to Petitioner's whereabouts provided information that Petitioner has been released.

With no way to communicate with Petitioner, this case cannot proceed. Therefore, the case should be dismissed without prejudice. Furthermore, I made a cursory review of the petition, doc. 1, in which Petitioner states that he is not challenging an order of removal, only his continued detention. *Id.*, at 3. Petitioner appears to have been granted the release he sought, or at the very least, he is no longer at the Wakulla County Jail. The petition should be dismissed without prejudice.

In light of the foregoing, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Jean Baptiste Jean Vanus, doc. 1, be **DENIED as moot** in light of the fact that Petitioner no longer appears to be in custody and because Petitioner has not kept the Court advised as to his current whereabouts.

**IN CHAMBERS** at Tallahassee, Florida, on May 31, 2011.

   S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:11cv163-MP/WCS