IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN BAPTISTE JEAN VANUS,

        Petitioner,

v.                                    4:11cv208-WS

ERIC H. HOLDER, et al.,

        Respondent.

_____

ORDER OF DISMISSAL

        Before the court is the magistrate judge's report and recommendation (doc. 6) docketed May 31, 2011.  The magistrate judge recommends that the petitioner's § 2241petition be denied as moot in light of the fact that the petitioner no longer appears to be custody and because the petitioner has not kept the court advised as to his current whereabouts.

        Upon review of the record, this court has determined that the recommendation should be adopted.

        Accordingly, it is ORDERED:

        1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

        2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED as moot.

        3.  The clerk shall enter judgment stating: "The petition is DENIED as moot."

DONE AND ORDERED this ___17th___ day of ___June___, 2011.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE